# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sack, Robert D. | US Court of Appeals, 2d Cir. | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
> checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Columbia Law School |
| 2. | Member, Columbia Board of Visitors | Columbia Law School |
| 3. | Adviser | Global Media Freedom Initiative's High-Level Panel of Legal Experts (convened at the request of the UK and Canadian governments) |
| 4. | Adviser | American Law Institute's Restatement Third of Torts, Defamaton and Privacy |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Gibson, Dunn & Crutcher LLP Retirement Agreement, Gibson Dunn & Crutcher LLP and Robert D. Sack; Terms: $6,000 per month/life, no increase, decrease or cap |
| 2. 2010 | Practising Law Institute and Robert D. Sack, publication of 4th edition of treatise on defamation law; royalty 15% of net receipts |
| 3. 2017 | Practising Law Institute and Robert D. Sack, publication of 5th edition of treatise on defamation law; royalty 15% of net receipts |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Practising Law Institute Book Royalties | $18,458.67 |
| 2. 2019 | Gibson, Dunn & Crutcher LLP Retirement Plan | $72,000.00 |
| 3. 2019 | Adjunct Professor, Columbia Law School | $12,499.92 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Thomson Reuters Royalties-West Publishing Corporation |
| 2. 2019 | Fellowship-The Frick Art Reference Center for the History of Collecting |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Foreign and Commonwealth Office, UK | 07/08/2019 to 07/13/2019 | London, England | Adviser to High Level Legal Panel at Media Freedom Conference | Food, lodging and airfare |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank Mastercard | Credit Cards | J |
| 2. American Express | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMORGAN CHASE ACCOUNTS | A | Interest | L | T | | | | | |
| 2. OPP ADVANTAGE BANK DEPOSIT | A | Interest | K | T | | | | | |
| 3. OPP ALLSTATE CORP | A | Dividend | J | T | | | | | |
| 4. OPP APPLE INC | A | Dividend | L | T | | | | | |
| 5. OPP BP PLC SPONSORED ADR | B | Dividend | K | T | | | | | |
| 6. OPP BANK AMER CORP | A | Dividend | K | T | | | | | |
| 7. OPP BOEING CO | B | Dividend | L | T | | | | | |
| 8. OPP EXXON MOBIL CORP | A | Dividend | J | T | | | | | |
| 9. OPP 13D ACTIVIST FUND CLASS I | A | Dividend | J | T | | | | | |
| 10. OPP VANGUARD TREASURY MONEY MARKET | C | Int./Div. | M | T | Sold (part) | 09/13/19 | K | | |
| 11. OPP DWS STRATEGIC HIGH YIELD TAX-FREE FUND CL INST | A | Int./Div. | K | T | | | | | |
| 12. OPP IVY MUNICIPAL HIGH INCOME FUND CLASS I | A | Int./Div. | J | T | | | | | |
| 13. OPP NUVEEN HIGH YIELD MUNI BOND CL I | B | Int./Div. | K | T | Buy (add'l) | 05/29/19 | J | | |
| 14. OPP ETF MANAGERS TR PRIME CYBR SCRTY | A | Dividend | K | T | | | | | |
| 15. OPP ISHARES TR US FIN SVC ETF | A | Dividend | K | T | | | | | |
| 16. OPP ISHARES TR INTL SEL DIV ETF | A | Dividend | J | T | | | | | |
| 17. OPP ISHARES TR US AER DEF ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. OPP SPDR S&P AEROSPACE & DEFENCE | A | Dividend | K | T | | | | | |
| 19. OPP SPDR SERIES TRUST S&P REGL BKG | A | Dividend | K | T | | | | | |
| 20. OPP FINANCIAL SELECT SECTOR SPDR | A | Dividend | K | T | | | | | |
| 21. OPP INDUSTRIAL SELECT SECTOR SPDR | A | Dividend | J | T | | | | | |
| 22. OPP TECHNOLOGY SELECT SECTOR SPDR | A | Dividend | J | T | | | | | |
| 23. OPP COHEN & STEERS MLP INC & ENRGY COM SHS | A | Dividend | | | Sold | 12/17/19 | J | B | |
| 24. OPP NUVEEN DOW 30 DYN OVERWRITE | B | Dividend | | | Sold | 05/29/19 | K | C | |
| 25. OPP NEUBERGER BERMAN MLP AND ENRGY CLOSED END | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 26. OPP TEKLA HEALTHCARE INVS SH BEN INT | B | Dividend | K | T | | | | | |
| 27. OPP TEKLA LIFE SCIENCES INVS SH BEN INT | A | Dividend | J | T | | | | | |
| 28. OPP NUVEEN NEW YORK AMT QLT MUNICP TAX FREE COM | B | Int./Div. | L | T | Buy (add'l) | 09/13/19 | J | | |
| 29. OPP NUVEEN INTER DURATION MN TMFD TAX FREE COM | C | Int./Div. | L | T | Buy (add'l) | 05/29/19 | J | | |
| 30. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 31. OPP NEW YORK ST PWR AUTH REV NY MBIA 4% DUE 11/15/20 B/E REV OID | B | Interest | | | Redeemed | 12/23/19 | K | | |
| 32. OPP NEW YORK N Y CITY MUN WTR FIN NY 3.625% DUE 06/15/25 B/E REV OID | A | Interest | K | T | | | | | |
| 33. Northwestern Mutual Whole Life Insurance Policy | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Guardian Whole Life Insurance Policy | A | Dividend | | | Closed | 02/01/19 | M | E | |
| 35. ADV-COLUMBIA MORTGAGE OPPTYS INSTL CL | A | Dividend | | | Sold | 02/20/19 | K | A | |
| 36. ADV-DREYFUS CASH MANAGEMENT INSTL CL | A | Dividend | | | Sold | 02/20/19 | K | A | |
| 37. NB F/K/A ADV-EATON VANCE AMT FREE MUNICIPAL | A | Dividend | | | Sold | 02/27/19 | L | C | |
| 38. NB F/K/A ADV-FIDELITY ADVISOR FLOATING RATE HIGH INC CL I | A | Dividend | | | Sold | 02/27/19 | L | D | |
| 39. NB F/K/A ADV-HARTFORD CORE EQUITY CL I | A | Dividend | | | Sold | 02/20/19 | L | | |
| 40. NB F/K/A ADV-LORD ABBETT ULTRA SHORT BOND CL F | A | Dividend | | | Sold | 02/27/19 | K | | |
| 41. NB F/K/A ADV-OPPENHEIMER SENIOR FLOATING RATE CL Y | A | Dividend | | | Sold | 02/22/19 | K | | |
| 42. NB F/K/A ADV-PIONEER AMT FREE MUNICIPAL CL Y | A | Dividend | | | Sold | 02/27/19 | K | E | |
| 43. NB F/K/A ADV-VIRTUS NEWFLEET TAX EXEMPT BOND CL I | A | Dividend | | | Sold | 02/27/19 | K | | |
| 44. NB F/K/A ADV-OPPENHEIMER S&P ULTRA DIVIDEND REV ETF | A | Dividend | | | Sold | 03/22/19 | K | | |
| 45. NB F/K/A ONE-INVESCO DIVERSIFIED DIVIDEND CL Y | A | Dividend | | | Sold | 02/22/19 | L | | |
| 46. NB F/K/A ONE-INVESCO MUNICIPAL INCOME CL Y | A | Dividend | | | Sold | 02/27/19 | K | | |
| 47. NB F/K/A ONE-BLACKROCK EQUITY DIVIDEND INSTL CL | A | Dividend | | | Sold | 02/25/19 | L | D | |
| 48. ONE-DREYFUS CASH MANAGEMENT INSTL CL | A | Dividend | | | Sold | 02/20/19 | L | A | |
| 49. NB F/K/A ONE-EATON VANCE FLOATING RATE ADVNTG CL I | A | Dividend | | | Sold | 02/22/19 | K | | |
| 50. NB F/K/A ONE-FIDELITY ADVISOR HEALTH CARE CL I | A | Dividend | | | Sold | 02/25/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51.  NB F/K/A ONE-HARTFORD BALANCED INCOME CL1 | A | Dividend | | | Sold | 02/22/19 | K | B | |
| 52.  NB F/K/A ONE-LORD ABBETT ULTRA SHORT BOND CL F | A | Dividend | | | Sold | 02/27/19 | L | A | |
| 53.  NB F/K/A ONE-MFS MUNICIPAL LTD MATURITY CL I | A | Dividend | | | Sold | 02/27/19 | L | C | |
| 54.  CASH RESERVE CERTIFICATE 848001 | A | Interest | | | Redeemed | 02/07/19 | L | A | |
| 55.  CASH RESERVE CERTIFICATE 905001 | A | Interest | | | Redeemed | 02/07/19 | K | A | |
| 56.  RiverSource Retirement Advisor 4 Advantage VA-Annuity | G | Int./Div. | O | T | | | | | |
| 57.  NB F/K/A BLACKROCK MULTI ASSET INCOME INSTL CL | A | Dividend | | | Sold | 02/06/19 | J | | |
| 58.  NB F/K/A COLUMBIA BALANCED INSTL CL | A | Dividend | | | Sold | 02/06/19 | K | | |
| 59.  NB F/K/A EATON VANCE FLOATING RATE ADVNTG CLI | A | Dividend | | | Sold | 02/06/19 | K | | |
| 60.  NB F/K/A FIDELITY ADVISOR STRATEGIC INCOME CL I | A | Dividend | | | Sold | 02/06/19 | K | | |
| 61.  NB F/K/A FIRST EAGLE GLOBAL CL I | A | Dividend | | | Sold | 02/06/19 | K | | |
| 62.  NB F/K/A OPPENHEIMER SENIOR FLOATING RATE CL Y | A | Dividend | | | Sold | 02/06/19 | J | | |
| 63.  NB F/K/A INVESCO EXCHANGE S&P 500 LOW VOLATILITY ETF | A | Dividend | | | Sold | 02/06/19 | J | | |
| 64.  NB F/K/A SPDR S&P 500 ETF | A | Dividend | | | Sold | 02/22/19 | K | | |
| 65.  NB F/K/A Columbus Circle LCG, IRA | A | Dividend | | | Sold | 02/22/19 | M | | |
| 66.  NB F/K/A Lazard IA, IRA | A | Dividend | | | Sold | 02/22/19 | M | | |
| 67.  NB F/K/A Alta LCC, IRA | A | Dividend | | | Sold | 02/22/19 | N | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,000 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68.  NB F/K/A VICTORY MUNDER MCC, IRA | A | Dividend | | | Sold | 02/22/19 | M | | |
| 69.  NB 86 DREYFUS GOVERNMENT CASH MGMT ADMIN | A | Dividend | L | T | | | | | |
| 70.  NB 186 ACCENTURE PLC CLS A | A | Dividend | K | T | Buy | 02/25/19 | J | | |
| 71. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 72.  NB 186 ADOBE INC COM | A | Dividend | K | T | Buy | 12/26/19 | K | | |
| 73.  NB 186 ALPHABET INC CAP STK CL A | A | Dividend | K | T | Buy | 03/01/19 | J | | |
| 74.  NB 186 AMAZON.COM INC | A | Dividend | J | T | Buy | 02/27/19 | J | | |
| 75. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 76. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 77. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 78.  NB 186 AMEREN CORP COM | A | Dividend | K | T | Buy | 02/20/19 | K | | |
| 79. | | | | | Buy (add'l) | 03/12/19 | K | | |
| 80. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 81. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 82.  NB 186 AMETEK INC COM | A | Dividend | K | T | Buy | 02/22/19 | J | | |
| 83. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 84. | | | | | Buy (add'l) | 03/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. NB 186 AMPHENOL CORP CLASS A COM | A | Dividend | K | T | Buy | 03/01/19 | J | | |
| 86. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 87. NB 186 ANALOG DEVICES INC | A | Dividend | | | Buy | 02/22/19 | J | | |
| 88. | | | | | Buy (add'l) | 02/25/19 | J | | |
| 89. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 90. | | | | | Sold (part) | 07/25/19 | J | | |
| 91. | | | | | Buy (add'l) | 08/22/19 | J | | |
| 92. | | | | | Sold | 08/29/19 | K | | |
| 93. NB 186 APPLE INC COM | A | Dividend | K | T | Buy | 03/01/19 | J | | |
| 94. | | | | | Sold (part) | 04/25/19 | J | | |
| 95. NB 186 BECTON DICKINSON & CO | A | Dividend | | | Buy | 03/01/19 | J | | |
| 96. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 97. | | | | | Sold | 06/18/19 | J | | |
| 98. NB 186 BERKSHIRE HATHAWAY INC DEL CL B NEW | A | Dividend | | | Buy | 03/12/19 | J | | |
| 99. | | | | | Sold | 04/11/19 | K | D | |
| 100. NB 186 BOEING CO COM | A | Dividend | K | T | Buy | 03/01/19 | K | | |
| 101. | | | | | Buy (add'l) | 03/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 103.  NB 186 BOOKING HLDGS INC COM | A | Dividend | K | T | Buy | 12/30/19 | K | | |
| 104. | | | | | Buy (add'l) | 12/26/19 | K | | |
| 105.  NB 186 CDW CORP COM | A | Dividend | K | T | Buy | 02/22/19 | J | | |
| 106. | | | | | Buy (add'l) | 02/25/19 | J | | |
| 107. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 108. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 109. | | | | | Sold (part) | 09/18/19 | J | | |
| 110. | | | | | Sold (part) | 10/14/19 | J | | |
| 111.  NB 186 CISCO SYS INC COM | A | Dividend | K | T | Buy | 02/25/19 | J | | |
| 112. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 113. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 114. | | | | | Buy (add'l) | 10/10/19 | J | | |
| 115. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 116.  NB 186 CSX CORP COM | A | Dividend | K | T | Buy | 02/22/19 | J | | |
| 117. | | | | | Buy (add'l) | 02/25/19 | J | | |
| 118. | | | | | Buy (add'l) | 02/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 120.  NB 186 DISNEY WALT CO | A | Dividend | K | T | Buy | 02/27/19 | J | | |
| 121. | | | | | Buy<br>(add'l) | 08/07/19 | J | | |
| 122.  NB 186 ESTEE LAUDER COMPANIES<br>INC COM | A | Dividend | K | T | Buy | 03/01/19 | J | | |
| 123. | | | | | Buy<br>(add'l) | 03/18/19 | J | | |
| 124. | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 125. | | | | | Sold<br>(part) | 08/13/19 | J | | |
| 126.  NB 186 FIDELITY NATL<br>INFORMATION SERVICES COM | A | Dividend | K | T | Buy | 02/22/19 | J | | |
| 127. | | | | | Buy<br>(add'l) | 02/25/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 02/27/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 130.  NB 186 HOME DEPOT INC COM | B | Dividend | K | T | Buy | 02/22/19 | J | | |
| 131. | | | | | Buy<br>(add'l) | 02/25/19 | K | | |
| 132. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 133.  NB 186 INTUIT COM | A | Dividend | K | T | Buy | 11/25/19 | K | | |
| 134.  NB 186 INTUITIVE SURGICAL INC<br>COM NEW | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 135.  NB 186 MASTERCARD INC CL A | A | Dividend | K | T | Buy | 03/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 136. NB 186 MCCORMICK&COMPANY INC COM NPVD | A | Dividend | K | T | Buy | 08/07/19 | K | | |
| 137. NB 325/186 MICROSOFT CORP | A | Dividend | K | T | Buy | 02/22/19 | J | | |
| 138. | | | | | Buy (add'l) | 02/25/19 | J | | |
| 139. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 140. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 141. NB 186 MOTOROLA SOLUTIONS INC COM NEW | A | Dividend | K | T | Buy | 03/22/19 | K | | |
| 142. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 143. | | | | | Sold (part) | 06/05/19 | J | | |
| 144. NB 186 NEXTERA ENERGY INC COM | A | Dividend | K | T | Buy | 02/22/19 | K | | |
| 145. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 146. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 147. NB 186 NEXTERA ENERGY PARTNERS LP COM | B | Dividend | K | T | Buy | 06/18/19 | K | | |
| 148. NB 186 NIKE INC CLASS B COM | A | Dividend | J | T | Buy | 03/01/19 | J | | |
| 149. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 150. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 151. | | | | | Sold (part) | 05/21/19 | J | | |
| 152. NB 186 PHILLIPS 66 COM | A | Dividend | J | T | Buy | 03/01/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153.  NB 186 PROCTER & GAMBLE CO COM | A | Dividend | K | T | Buy | 02/27/19 | J | | |
| 154. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 155. | | | | | Buy<br>(add'l) | 03/12/19 | J | | |
| 156.  NB 186 ROPER TECHNOLOGIES INC | A | Dividend | J | T | Buy | 02/22/19 | J | | |
| 157. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 158.  NB 186 SVB FINL GROUP | A | Dividend | K | T | Buy | 03/01/19 | J | | |
| 159. | | | | | Buy<br>(add'l) | 03/18/19 | J | | |
| 160.  NB 186 THERMO FISHER SCIENTIFIC INC | A | Dividend | K | T | Buy | 03/01/19 | J | | |
| 161.  NB 186 TJX COS INC NEW COM | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 162.  NB 186 UNION PACIFIC CORP COM | A | Dividend | K | T | Buy | 02/22/19 | J | | |
| 163. | | | | | Buy<br>(add'l) | 02/25/19 | J | | |
| 164. | | | | | Buy<br>(add'l) | 02/27/19 | K | | |
| 165. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 166.  NB 186 VISA INC COM CL A | A | Dividend | K | T | Buy | 03/01/19 | J | | |
| 167.  NB 186 VISTRA ENERGY CORP COM | A | Dividend | K | T | Buy | 04/11/19 | K | | |
| 168. | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 169.  NB 186 ZEBRA TECHNOLOGIES CORP CL A | A | Dividend | K | T | Buy | 02/22/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 170. | | | | | Buy<br>(add'l) | 02/25/19 | J | | |
| 171. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 172.  NB 186 ZOETIS INC COM | A | Dividend | K | T | Buy | 03/01/19 | J | | |
| 173. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 174. | | | | | Buy<br>(add'l) | 04/11/19 | J | | |
| 175. | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 176.  NB 186 ZIMMER BIOMET HLDGS INC 2.70000% 4/1/20 | A | Interest | J | T | Buy | 04/12/19 | J | | |
| 177.  NB 186 FISERV INC NOTE CALL MAKE WHOLE 2.70000% 6/1/20 | A | Interest | J | T | Buy | 03/07/19 | J | | |
| 178.  NB 186 MORGAN STANLEY MTN 2.80000% 6/16/20 | A | Interest | J | T | Buy | 04/25/19 | J | | |
| 179.  NB 186 ACE INA HLDGS INC NOTE CALL MAKE WHOLE 2.30000% 11/3/20 | A | Interest | J | T | Buy | 12/11/19 | J | | |
| 180.  NB 186 LOCKHEED MARTIN CORP NOTE CALL MAKE WHOLE 2.50000% 11/23/20 | A | Interest | J | T | Buy | 05/07/19 | J | | |
| 181.  NB 186 ANALOG DEVICES INC NOTE CALL MAKE WHOLE 2.95000% 1/12/21 | A | Interest | J | T | Buy | 03/07/19 | J | | |
| 182.  NB 186 PIONEER NAT RES CO NOTE CALL MAKE WHOLE 3.45000% 1/15/21 | A | Interest | J | T | Buy | 04/15/19 | J | | |
| 183.  NB 186 VULCAN MATLS CO NOTE 2.55688% 3/1/21 | A | Interest | J | T | Buy | 03/25/19 | J | | |
| 184.  NB 186 MARRIOTT INTL INC NOTE 2.53500% 3/8/21 | A | Interest | J | T | Buy | 03/26/19 | J | | |
| 185.  NB 186 WELLS FARGO CO MTN BE 4.60000% 4/1/21 | A | Interest | J | T | Buy | 04/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 186. NB 186 TOTAL CAPITAL INTERNATIONAL S.A. 2.218% 7/12/21 | A | Interest | J | T | Buy | 07/08/19 | J | | |
| 187. NB 186 ZOETIS INC NOTE CALL MAKE WHOLE 2.33850% 8/20/21 | A | Interest | J | T | Buy | 02/28/19 | J | | |
| 188. NB 186 CANADIAN NATURAL RESOURCES LTD NOTE 3.45000% 11/15/21 | A | Interest | J | T | Buy | 04/23/19 | J | | |
| 189. NB 186 MOODYS CORP NOTE CALL MAKE WHOLE 2.75000% 12/15/21 | A | Interest | J | T | Buy | 04/10/19 | J | | |
| 190. NB 186 JPMORGAN CHASE &CO NOTE 4.50000% 1/24/22 | A | Interest | J | T | Buy | 04/26/19 | J | | |
| 191. NB 186 WEC ENERGY GROUP INC NOTE CALL MAKE WHOLE 3.1000% 3/8/22 | A | Interest | J | T | Buy | 03/04/19 | J | | |
| 192. NB 186 WESTERN UN CO NOTE CALL MAKE WHOLE 3.60000% 3/15/22 | A | Interest | J | T | Buy | 03/11/19 | J | | |
| 193. NB 186 AMERIPRISE FINL INC NOTE CALL MAKE WHOLE 3.00000% 3/22/22 | A | Interest | J | T | Buy | 03/12/19 | J | | |
| 194. NB 186 BANK OF MONTREAL MTN 2.90000% 3/26/22 | A | Interest | J | T | Buy | 03/21/19 | J | | |
| 195. NB 186 TOYOTA MOTOR CREDIT CORP MTN 2.65000% 4/12/22 | A | Interest | J | T | Buy | 04/09/19 | J | | |
| 196. NB 186 OCCIDENTAL PETE CORP NOTE CALL MAKE WHOLE 2.60000% 4/15/22 | A | Interest | J | T | Buy | 06/14/19 | J | | |
| 197. NB 186 BOEING CO NOTE CALL MAKE WHOLE 2.70000% 5/1/22 | A | Interest | J | T | Buy | 04/30/19 | J | | |
| 198. NB 186 MOTOROLA SOLUTIONS INC 3.75000% 5/15/22 | A | Interest | J | T | Buy | 05/09/19 | J | | |
| 199. NB 186 GLAXOSMITHKLINE CAP PLC NOT 2.87500% 6/1/22 | A | Interest | J | T | Buy | 03/18/19 | J | | |
| 200. NB 186 RYDER SYS MTN BE CALL MAKE WHOLE 2.87500% 6/1/22 | A | Interest | J | T | Buy | 05/15/19 | J | | |
| 201. NB 186 BB&T CORP SR MEDIUM TERM NTS NOTE 3.05000% 6/20/22 | A | Interest | J | T | Buy | 03/11/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 202.  NB 186 CHURCH &DWIGHT INC NOTE CALL MAKE WHOLE 2.45000% 8/1/22 | A | Interest | J | T | Buy | 05/29/19 | J | | |
| 203.  NB 186 DTE ENERGY CO NOTE CALL MAKE WHOLE 2.25000% 11/1/22 | A | Interest | J | T | Buy | 10/29/19 | J | | |
| 204.  NB 186 DH EUROPE FIN II S A R L NOTE 2.05000% 11/15/22 | A | Interest | J | T | Buy | 10/29/19 | J | | |
| 205.  NB 186 BANK AMER CORP MTN 3.30000% 1/11/23 | A | Interest | J | T | Buy | 09/20/19 | J | | |
| 206.  NB 186 GOLDMAN SACHS GROUP INC MTN 3.62500% | A | Interest | J | T | Buy | 04/26/19 | J | | |
| 207.  NB 186 EATON VANCE CORP NOTE CALL MAKE WHOLE 3.62500% 6/15/23 | A | Interest | J | T | Buy | 06/14/19 | J | | |
| 208.  NB 186 COMERICA INC NOTE 3.70000% 7/31/23 | A | Interest | J | T | Buy | 07/31/19 | J | | |
| 209.  NB 186 ASTRAZENECA NOTE CALL MAKE WHOLE 3.50000% 8/17/23 | A | Interest | J | T | Buy | 11/20/19 | J | | |
| 210.  NB 186 ROPER TECHNOLOGIES INC NOTE 3.65000% 9/15/23 | A | Interest | J | T | Buy | 04/17/19 | J | | |
| 211.  NB 186 TRANSCANADA PIPELINES LTD NOTE 3.75000% 10/16/23 | A | Interest | J | T | Buy | 03/08/19 | J | | |
| 212.  NB 186 SHELL INTL.FIN.BV NOTE CALL MAKE WHOLE 3.50000% 11/13/23 | A | Interest | J | T | Buy | 10/03/19 | J | | |
| 213.  NB 186 PNC FINL SVCS GROUP INC NOTE 3.50000% 1/23/24 | A | Interest | J | T | Buy | 09/12/19 | J | | |
| 214.  NB 186 BUNGE LTD FIN CORP NOTE CALL MAKE WHOLE 4.35000% 3/15/24 | A | Interest | J | T | Buy | 05/23/19 | J | | |
| 215.  NB 186 AT&T INC NOTE CALL MAKE WHOLE 4.45000% 4/1/24 | A | Interest | J | T | Buy | 03/13/19 | J | | |
| 216.  NB 186 COMCAST CORP NEW NOTE CALL MAKE WHOLE 3.70000% 4/15/24 | A | Interest | J | T | Buy | 09/26/19 | J | | |
| 217.  NB 186 CITIGROUP INC NOTE CALL MAKE WHOLE 4.04400% 6/1/24 | A | Interest | J | T | Buy | 05/22/19 | J | | |
| 218.  NB 186 NASDAQ INC NOTE CALL MAKE WHOLE 4.25000% 6/1/24 | A | Interest | J | T | Buy | 05/07/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219.  NB 186 MEDTRONIC INC NOTE CALL MAKE WHOLE 3.50000% 3/15/25 | A | Interest | J | T | Buy | 09/10/19 | J | | |
| 220.  NB 186 FREEPORT-MCMORAN INC NOTE CALL MAKE WHOLE 3.55000% 3/1/22 | A | Interest | J | T | Buy | 08/02/19 | J | | |
| 221.  NB 186 BALL CORP NOTE CALL MAKE WHOLE 5.00000% 3/15/22 | A | Interest | J | T | Buy | 03/21/19 | J | | |
| 222.  NB 186 ANIXTER INC NOTE CALL MAKE WHOLE 5.50000% 3/1/23 | A | Interest | J | T | Buy | 04/17/19 | J | | |
| 223.  NB 186 TOLL BROS FIN CORP NOTE CALL MAKE WHOLE 4.37500% 4/15/23 | A | Interest | J | T | Buy | 03/19/19 | J | | |
| 224.  NB 186 AMERIGAS PARTNERS L P NOTE 5.62500% 5/20/24 | A | Interest | J | T | Buy | 03/14/19 | J | | |
| 225.  NB 186 UNITED STATES TREAS NTS NOTE 2.50000% 2/28/21 | A | Interest | K | T | Buy | 03/14/19 | K | | |
| 226.  NB 186 UNITED STATES TREASURY BILLS 0.00000% 9/12/19 | A | Interest | | | Buy | 03/14/19 | K | | |
| 227. | | | | | Sold (part) | 05/23/19 | J | | |
| 228. | | | | | Sold | 08/02/19 | J | | |
| 229.  NB 186 CVS HEALTH CORP QUARTERLY US 3/9/20 | A | Interest | | | Buy | 03/13/19 | J | | |
| 230. | | | | | Sold | 08/23/19 | J | A | |
| 231.  NB 186 NEXTERA ENERGY CAPITAL QUARTERLY US 9/3/19 | A | Interest | | | Buy | 03/14/19 | J | | |
| 232. | | | | | Matured | 09/03/19 | J | | |
| 233.  NB 186 CDW LLC/CDW FIN CORP 5.00000% 9/1/23 CALLED 10/12/19 | A | Interest | | | Buy | 03/20/19 | J | | |
| 234. | | | | | Expired | 10/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 235.  NB 186 JM SMUCKER CO 2.50000% 3/15/2020 | A | Interest | | | Buy | 03/22/19 | J | | |
| 236. | | | | | Sold | 10/03/19 | J | | |
| 237.  NB 186 VISTRA ENERGY CORP 7.62500% 11/1/24 CALLED 11/1/19 | A | Interest | | | Buy | 04/24/19 | J | | |
| 238. | | | | | Expired | 11/01/19 | J | | |
| 239.  NB 186 RANGE RESOURCES CORP 5.75% 6/1/21 | A | Interest | | | Buy | 07/31/19 | J | | |
| 240. | | | | | Sold | 11/25/19 | J | | |
| 241.  NB 186 CHUBB INA HOLDINGS INC 2.3% 11/3/20 | A | Interest | J | T | Buy | 12/09/19 | J | | |
| 242.  NB 435 DRYFUS GOVERNMENT CASH MGMT ADMIN | A | Dividend | L | T | | | | | |
| 243.  NB 435 ALPHABET INC CAP STK CL C | A | Dividend | K | T | Buy | 02/22/19 | K | | |
| 244. | | | | | Buy (add'l) | 02/25/19 | J | | |
| 245. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 246. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 247.  NB 435 AMAZON.COM INC | A | Dividend | K | T | Buy | 02/22/19 | K | | |
| 248. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 249. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 250.  NB 435 AMEREN CORP COM USD0.01 | A | Dividend | K | T | Buy | 02/25/19 | K | | |
| 251. | | | | | Buy (add'l) | 02/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 252. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 253.  NB 435 ANALOG DEVICES INC | A | Dividend | | | Buy | 02/25/19 | K | | |
| 254. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 255. | | | | | Sold<br>(part) | 07/25/19 | J | A | |
| 256. | | | | | Sold | 08/29/19 | K | A | |
| 257.  NB 435 APTIV PLC | A | Dividend | | | Buy | 02/22/19 | K | | |
| 258. | | | | | Buy<br>(add'l) | 02/27/19 | J | | |
| 259. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 260. | | | | | Sold | 06/27/19 | K | | |
| 261.  NB 435 BOEING CO COM USD5.00 | A | Dividend | K | T | Buy | 03/12/19 | K | | |
| 262. | | | | | Buy<br>(add'l) | 03/18/19 | J | | |
| 263. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 264. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 265.  NB 435 CDW CORP COM USD0.01 | A | Dividend | K | T | Buy | 02/25/19 | K | | |
| 266. | | | | | Buy<br>(add'l) | 02/27/19 | J | | |
| 267. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 268.  NB 435 CISCO SYS INC COM | A | Dividend | K | T | Buy | 09/26/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 269. | | | | | Buy (add'l) | 10/10/19 | J | | |
| 270. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 271. NB 435 CME GROUP INC COM | A | Dividend | K | T | Buy | 02/27/19 | K | | |
| 272. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 273. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 274. NB 435 CSX CORP COM USD1 | A | Dividend | K | T | Buy | 04/01/19 | K | | |
| 275. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 276. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 277. NB 435 DANAHER CORPORATION COM | A | Dividend | K | T | Buy | 02/25/19 | K | | |
| 278. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 279. | | | | | Sold (part) | 03/07/19 | J | | |
| 280. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 281. NB 435 DISNEY WALT CO | A | Dividend | K | T | Buy | 08/06/19 | J | | |
| 282. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 283. NB 435 EXACT SCIENCES CORP | A | Dividend | J | T | Buy | 03/22/19 | J | | |
| 284. NB 435 FIDELITY NATL INFORMATION SERVICES COM | A | Dividend | K | T | Buy | 02/27/19 | K | | |
| 285. | | | | | Buy (add'l) | 03/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 286. | | | | | Buy<br>(add'l) | 03/18/19 | J | | |
| 287. NB 435 HOME DEPOT INC COM | B | Dividend | K | T | Buy | 02/25/19 | K | | |
| 288. | | | | | Buy<br>(add'l) | 02/27/19 | J | | |
| 289. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 290. | | | | | Buy<br>(add'l) | 03/12/19 | J | | |
| 291. NB 435 INTUIT COM | A | Dividend | K | T | Buy | 03/22/19 | K | | |
| 292. NB 435 MARRIOTT INTERNATIONAL<br>INC COM USD0.01 | A | Dividend | K | T | Buy | 02/25/19 | K | | |
| 293. | | | | | Buy<br>(add'l) | 02/27/19 | J | | |
| 294. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 295. | | | | | Sold<br>(part) | 05/01/19 | J | A | |
| 296. NB 435 MCDONALDS CORP | A | Dividend | K | T | Buy | 02/25/19 | K | | |
| 297. | | | | | Buy<br>(add'l) | 02/27/19 | J | | |
| 298. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 299. | | | | | Buy<br>(add'l) | 03/12/19 | J | | |
| 300. NB 435 MICROSOFT CORP | A | Dividend | L | T | Buy | 02/25/19 | K | | |
| 301. | | | | | Buy<br>(add'l) | 03/01/19 | J | | |
| 302. NB 435 MOTOROLA SOLUTIONS INC<br>COM NEW | A | Dividend | K | T | Buy | 02/22/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 303. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 304. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 305. NB 435 NEXTERA ENERGY INC COM USD0.01 | A | Dividend | K | T | Buy | 02/25/19 | K | | |
| 306. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 307. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 308. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 309. NB 435 NEXTERA ENERGY PARTNERS LP COM UNIT PART | A | Distribution | K | T | Buy | 04/01/19 | K | | |
| 310. NB 435 NORFOLK SOUTHERN CORP COM USD1 | A | Dividend | K | T | Buy | 02/22/19 | K | | |
| 311. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 312. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 313. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 314. NB 435 ROPER TECHNOLOGIES | A | Dividend | K | T | Buy | 04/25/19 | K | | |
| 315. NB 435 ZEBRA TECHNOLOGIES CORP CL A | A | Dividend | K | T | Buy | 03/22/19 | K | | |
| 316. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 317. NB 435 VULCAN MATLS CO NOTE 2.49363% 6/15/20 | A | Interest | J | T | Buy | 03/18/19 | J | | |
| 318. NB 435 KRAFT HEINZ FOODS CO NOTE 2.47138% 2/10/21 | A | Interest | J | T | Buy | 05/01/19 | J | | |
| 319. NB 435 MARRIOTT INTL INC NOTE 2.53500% 3/8/21 | A | Interest | J | T | Buy | 04/05/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 320. NB 435 UNITED PARCEL SERVICE INC NOTE 2.24863% 4/1/21 | A | Interest | J | T | Buy | 04/30/19 | J | | |
| 321. NB 435 GLAXOSMITHKLINE CAPITAL PLC NOTE 0.0% 5/14/21 | A | Interest | J | T | Buy | 12/20/19 | J | | |
| 322. NB 435 ZOETIS INC NOTE CALL MAKE WHOLE 2.33850% 8/20/21 | A | Interest | J | T | Buy | 02/28/19 | J | | |
| 323. NB 435 NEXTERA ENERGY CAP HLDGS INC BOND 2.9% 4/1/22 | A | Interest | J | T | Buy | 04/01/19 | J | | |
| 324. NB 435 GOLDMAN SACHS GROUP INC MTN 4.0% 3/3/24 | A | Interest | J | T | Buy | 07/29/19 | J | | |
| 325. NB 435 MARATHON OIL CORP NOTE CALL MAKE WHOLE 3.85% 6/1/25 | A | Interest | J | T | Buy | 11/20/19 | J | | |
| 326. NB 435 DOWDUPONT INC NOTE CALL MAKE WHOLE 4.49300% 11/15/25 | A | Interest | J | T | Buy | 04/03/19 | J | | |
| 327. NB 435 CBS CORP NEW NOTE CALL MAKE WHOLE 4.0% 1/15/26 | A | Interest | J | T | Buy | 03/28/19 | J | | |
| 328. NB 435 ARCELORMITTAL SA LUXEMBOURG NOTE 4.55% 3/11/26 | A | Interest | J | T | Buy | 03/06/19 | J | | |
| 329. NB 435 CITIGROUP INC NOTE 4.45% 9/29/27 | A | Interest | J | T | Buy | 04/03/19 | J | | |
| 330. NB 435 APACHE CORP NOTE CALL MAKE WHOLE 4.375% 10/15/28 | A | Interest | J | T | Buy | 06/14/19 | J | | |
| 331. NB 435 BALL CORP NOTE CALL MAKE WHOLE 5.0% 3/15/22 | A | Interest | J | T | Buy | 03/21/19 | J | | |
| 332. NB 435 ANIXTER INC NOTE CALL MAKE WHOLE 5.5% 3/1/23 | A | Interest | J | T | Buy | 04/17/19 | J | | |
| 333. NB 435 TOLL BROS FIN CORP NOTE CALL MAKE WHOLE 4.375% 4/15/23 | A | Interest | J | T | Buy | 03/19/19 | J | | |
| 334. NB 435 AMERIGAS PARTNERS L P NOTE 5.625% 5/20/24 | A | Interest | J | T | Buy | 03/14/19 | J | | |
| 335. NB 435 MURPHY OIL CORP NOTE CALL MAKE WHOLE 6.875% 8/15/24 | A | Interest | J | T | Buy | 05/01/19 | J | | |
| 336. NB 435 NEW YORK ST DORM AUTH REVS NON ST 5.0% 7/1/20 (649905XC5) | A | Interest | J | T | Buy | 03/22/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 337. NB 435 NEW YORK ST DORM AUTH REVS NON ST 5.0% 7/1/20 (649906TR5) | A | Interest | J | T | Buy | 03/22/19 | J | | |
| 338. NB 435 NEW YORK ST URBAN DEV CORP REV ST PERS 5.0% 3/15/21 | A | Interest | K | T | Buy | 04/24/19 | K | | |
| 339. NB 435 BATTERY PK CITY AUTH N Y REV SENIOR REV 5.0% 11/1/21 | A | Interest | K | T | Buy | 03/22/19 | K | | |
| 340. NB 435 NEW YORK NY CITY TRANSITIONAL FIN 5.0% 11/1/21 | A | Interest | K | T | Buy | 04/03/19 | K | | |
| 341. NB 435 METROPOLITAN TRANSN AUTH N Y REV REV 5.0% 11/15/21 | A | Interest | K | T | Buy | 04/24/19 | K | | |
| 342. NB 435 NEW YORK ST DORM AUTH REVS NON ST 5.0% 7/1/22 | A | Interest | K | T | Buy | 03/12/19 | K | | |
| 343. NB 435 WESTCHESTER CNTY N Y GO REF BDS SER. 3.0% 10/15/22 | A | Interest | K | T | Buy | 03/12/19 | K | | |
| 344. NB 435 NEW YORK ST URBAN DEV CORP REV ST PERS 5.0% 3/15/23 | A | Interest | K | T | Buy | 04/10/19 | K | | |
| 345. NB 435 NEW YORK N Y CITY TRANSITONAL FIN 5.0% 5/1/23 | A | Interest | K | T | Buy | 03/12/19 | K | | |
| 346. NB 435 NEW YORK N Y CITY TRANSITONAL FIN 5.0% 7/15/23 | A | Interest | K | T | Buy | 05/02/19 | K | | |
| 347. NB 435 NEW YORK N Y CITY INDL DEV AGY SPL FAC 5.0% 5/1/24 | A | Interest | K | T | Buy | 03/27/19 | K | | |
| 348. NB 435 NEW YORK N Y GO BDS SER. 2019 E 5.0% 8/1/24 | A | Interest | K | T | Buy | 03/08/19 | K | | |
| 349. NB 435 METROPOLITAN TRANSN AUTH N Y DEDICATED 5.0% 11/15/24 | A | Interest | K | T | Buy | 04/09/19 | K | | |
| 350. NB 435 CONNECTICUT ST GO BDS SER. 2019 A 5.0% 4/15/27 | A | Interest | K | T | Buy | 03/29/19 | K | | |
| 351. NB 435 NEW YORK N Y CITY TRANSITIONAL FIN 5.0% 11/1/39 | A | Interest | K | T | Buy | 03/27/19 | K | | |
| 352. NB 435 F/K/A ONE-EVENTIDE GILEAD FUND CLASS I | B | Distribution | K | T | | | | | |
| 353. NB 435 F/K/A ONE-FIDELITY ADVISOR NEW INSIGHTS CL I | D | Distribution | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 354. NB 435 F/K/A ADV-HARTFORD CORE EQUIITY FUND CLASS I | B | Distribution | L | T | | | | | |
| 355. NB 435 F/K/A ADV-INVESCO EXCHNG TRADED FD TR II S&P 500 | B | Dividend | L | T | | | | | |
| 356. NB 435 VISTRA ENERGY CORP COM | A | Dividend | | | Buy | 04/11/19 | K | | |
| 357. | | | | | Sold | 12/30/19 | K | | |
| 358. NB 435 ILLINOIS ST TOLL HWY AUTH TOLL HIGHWAY 5.0% 12/1/19 | A | Interest | | | Buy | 03/18/19 | K | | |
| 359. | | | | | Matured | 12/01/19 | J | | |
| 360. NB 435 CVS HEALTH CORP QUARTERLY US 3/9/20 | A | Interest | | | Buy | 03/13/19 | J | | |
| 361. | | | | | Sold | 06/14/19 | J | A | |
| 362. NB 435 CDW LLC/CDW FIN CORP 5.0% 9/1/23 | A | Interest | | | Buy | 03/20/19 | J | | |
| 363. | | | | | Expired | 10/12/19 | J | A | |
| 364. NB 435 VISTRA ENERGY CORP 7.625% 11/1/24 | A | Interest | | | Buy | 04/24/19 | J | | |
| 365. | | | | | Expired | 11/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A pending claim against Worldcom is currently in litigation (02 Civ. 3288 (DLC)).  The worth of that claim cannot be determined at this time.

Line 35 on the 2018 Financial Disclosure Report, OPP NEW YORK N Y NY 4% due 02/01/22 B/E UGO OID, was sold entirely in 2018.  The 2018 Financial Disclosure Report inadvertently said it was sold in part.  That item has been removed from this 2019 Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 05/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert D. Sack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544